IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| In Re: **Jennifer Dawn Banaka** | ) | Case No.: 20-40822 |
| | ) | Chapter 13 |

**OBJECTION TO CLAIM 10**
**FILED BY CAPITAL ONE AUTO FINANCE**

COMES NOW Debtor, by and through her attorney, Kerry M. Gasper, and hereby objects to Claim 10, filed by Capital One Auto Finance. In support hereof, Debtor states as follows:

1. Capital One Auto Finance filed a secured claim, Claim No. 10, related to Debtor's 2008 Kia Optima.

2. Debtor's Plan calls for the surrender of the 2008 Kia Optima to Capital One Auto Finance.

3. Claim 10 should be <u>disallowed as a secured claim</u>, but may be allowed as an unsecured claim.

WHEREFORE, Debtor respectfully requests the Court to deny Claim 10 as a secured claim, bt the claim may be allowed as an unsecured claim.

Respectfully submitted,

s/ Kerry Gasper
Kerry Gasper #12551
1122 SW 10th Ave.
Topeka, KS 66604-1106
(785) 232-1200
kerry@gasperlawoffice.com
Attorney for Debtor

## CERTIFICATE OF SERVICE

      I hereby certify that on this 29th day of December, 2020 a true and correct copy of the-above Objection was served via the CM/ECF system, which notifies all interested parties, and a true and correct copy was mailed to:

Jennifer Banaka

                                                    s/ Kerry Gasper