**SO ORDERED.**

**SIGNED this 3rd day of March, 2021.**



_____
Dale L. Somers
United States Chief Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re:     **Jennifer Dawn Banaka**     )     **Case No.:  20-40822**
                                        )     **Chapter 13**

### ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM 10 FILED BY CAPITAL ONE AUTO FINANCE

This action comes before the Court on Debtor's Objection to Claim 10, filed by Capital One Auto Finance. Debtor appears by counsel, Kerry M. Gasper. The Trustee appears by Jan Hamilton. There are no other appearances.

Capital One Auto Finance did not file a Response to Debtor's objection to their claim. No hearing was held.

Debtors's objection to Claim 10 filed by Capital One Auto Finance is sustained. Capital One Auto Finance's claim (Claim No. 10) shall be, and hereby is, disallowed as a secured claim, but is allowed as an unsecured claim.

# # #

| SUBMITTED AND APPROVED BY: | APPROVED BY: |
|---|---|
| s/ Kerry M. Gasper | /s/ Jan Hamilton |
| Kerry M. Gasper #12551 | Jan Hamilton #08163 |
| Kerry M. Gasper, P.A. | Chapter 13 Trustee |
| 1122 SW 10th Ave. | 509 S. Jackson |
| Topeka, KS 66604-1106 | Topeka, KS 66603 |
| (785) 232-1200 | |
| kerry@gasperlawoffice.com | |